**Scott SCHUTZA, Plaintiff-Appellant,**

v.

**COURTESY CHEVROLET CENTER,
a California Corporation,
Defendant-Appellee.**

**No. 15-55631**

United States Court of Appeals,
Ninth Circuit.

Submitted February 6, 2017 *
Pasadena, California

Filed July 10, 2017

---

\* The panel unanimously concludes that this case is suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).

Russell Clive Handy, Esquire, Mark D. Potter, Esquire, Potter Handy LLP, San Diego, CA, for Plaintiff-Appellant

Scot Claus, Dickinson Wright/Mariscal Weeks, Phoenix, AZ, Lann G. McIntyre, Esquire, Attorney, Lewis Brisbois Bisgaard & Smith LLP, San Diego, CA, for Defendant-Appellee

Christopher Chen-Hsin Wang, Attorney, DOJ-U.S. Department of Justice, Civil Rights Division/Appellate Section, Washington, DC, for Amicus Curiae United States of America

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

We vacate the district court's dismissal of this action, and we remand for reconsideration in light of <u>Karczewski v. DCH Mission Valley, LLC</u>, No. 15-55633.

**VACATED and REMANDED.** Costs on appeal awarded to Plaintiff.

BYBEE, Circuit Judge, acquiescing dubitante:

I acquiesce *dubitante* for the reasons articulated in my separate opinion in *Karczewski v. DCH Mission Valley, LLC*, No. 15-55633.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes that this case is suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).